IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lewis, Tina N | Case Number: 08 B 06304 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/22/09 | Filed: 3/17/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 11, 2008
Confirmed: May 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,369.20 | |
| Secured: | | 1,600.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,548.70 |
| Trustee Fee: | | 220.50 |
| Other Funds: | | 0.00 |
| Totals: | 3,369.20 | 3,369.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,006.33 | 1,548.70 |
| 2. | Americredit Financial Ser Inc | Secured | 13,224.54 | 1,600.00 |
| 3. | Commonwealth Edison | Unsecured | 54.13 | 0.00 |
| 4. | First Consumers National Bank | Unsecured | 91.13 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 14.83 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 61.32 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 23.20 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 42.68 | 0.00 |
| 9. | Sprint Nextel | Unsecured | 10.19 | 0.00 |
| 10. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 11. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 12. | Cbe Group | Unsecured | | No Claim Filed |
| 13. | FMS Inc | Unsecured | | No Claim Filed |
| 14. | CCS Collection Group | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Allied Interstate | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 19. | Sun Cash | Unsecured | | No Claim Filed |
| 20. | Leading Edge | Unsecured | | No Claim Filed |
| 21. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 22. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | $ 16,528.35 | $ 3,148.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis, Tina N

Printed: 01/22/09

Case Number:  08 B 06304
Judge:  Wedoff, Eugene R
Filed:  3/17/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 120.45 |
| 6.6% | 100.05 |
|  | $ 220.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

